FILED'05 NOV 28 17:10 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. CR 04-30045-02-HO |
| Plaintiff, ) | |
| v. ) | ORDER DISMISSING |
| ) | INDICTMENT AS TO |
| DARRYL LEE GROCHOLSKI, ) | DARRYL LEE GROCHOLSKI |
| ) | |
| Defendant. ) | |

Based upon the motion by the government, IT IS HEREBY ORDERED that the Indictment as to DARRYL LEE GROCHOLSKI is dismissed.

DATED this 28 day of November, 2005.

_____
U.S. MAGISTRATE COURT JUDGE

Page 1- ORDER DISMISSING INDICTMENT AS TO DARRYL LEE GROCHOLSKI